1034

[Nos. 10485–1–III; 10413–3–III.   Division Three.   February 7, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. JASON
WAYNE JOHNSON, *Respondent.*

THE STATE OF WASHINGTON, *Petitioner,* v. SANDRA L.
RIIBE, *Respondent.*

Appeals from a judgment of the Superior Court for Spokane County, No. 88–1–01267–0, Harold D. Clarke, J., entered October 20, 1989. *Reversed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 10527–0–III.   Division Three.   February 7, 1991.]

HENRY SCHINKELSHOEK, ET AL, *Appellants,* v. EMPIRE
SEED COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 86–2–00842–7, Fred R. Staples, J., entered January 5, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Shields, J. Now published at 60 Wn. App. 733.

[No. 10386–2–III.   Division Three.   February 7, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. PEGGY
HURT, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88–1–00088–1, Yancey Reser, J., entered October 2, 1989. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Thompson and Shields, JJ.